UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RONALD OBAS,

    Plaintiff,

v.                                Case No: 2:17-cv-150-FtM-99CM

RITZ-CARLTON HOTEL
COMPANY, LLC and WILLIAM
JESKE,

    Defendants.

## ORDER

This matter comes before the Court upon review of Defendant's Ritz-Carlton Hotel Company, LLC's Motion to Compel Arbitration and Stay Case (Doc. 11) filed on March 31, 2017, Plaintiff's Motion to Extend Time to Serve (Doc. 24) filed on May 9, 2017, and Defendant's Ritz-Carlton Hotel Company, LLC's Motion to Stay Discovery Pending Ruling on Motion to Compel Arbitration (Doc. 27) filed on May 16, 2017.

On May 17, 2017, the Court held a preliminary pretrial conference during which the Court heard counsel's arguments on the pending motions. For the reasons stated on the record, the Court enters the following Order.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant's Ritz-Carlton Hotel Company, LLC's Motion to Compel Arbitration and Stay Case (Doc. 11) is **TAKEN UNDER ADVISEMENT**. Plaintiff Ronald Obas shall have **up to and including May 26, 2017** to file a response.

Defendant Ritz-Carlton Hotel Company, LLC shall have up to and including **June 2, 2017** to file a reply of no more than five (5) pages.

  2. Plaintiff's Motion to Extend Time to Serve (Doc. 24) is **DENIED as moot** as Plaintiff has **up to and including June 15, 2017** to serve Defendant William Jeske.

  3. Defendant's Ritz-Carlton Hotel Company, LLC's Motion to Stay Discovery Pending Ruling on Motion to Compel Arbitration (Doc. 27) is **GRANTED in part**. Discovery in this matter is stayed **up to and including June 15, 2017**, the deadline for Plaintiff to serve Defendant William Jeske.

  **DONE** and **ORDERED** in Fort Myers, Florida on this 17th day of May, 2017.

CAROL MIRANDO<br>
United States Magistrate Judge

Copies:
Counsel of record